EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de términos por motivo de concesión de los días 13 de abril, 24 de julio, 24 de noviembre y 26 de diciembre de 2017 | 2016 TSPR 246<br><br>196 DPR \_\_\_\_ |

Número del Caso: EM-2016-5

Fecha: 19 de diciembre de 2016

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de términos por Motivo de concesión de los días 13 de abril, 24 de julio, 24 de noviembre y 26 de diciembre de 2017.

EM-2016-05

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de diciembre de 2016.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa OAJP-2016-011, de 13 de diciembre de 2016, con el fin de dar continuidad a las medidas de control de gastos adoptadas por la Rama Judicial a partir del año fiscal 2014-2015. Entre las medidas instituidas se incluyen unas fechas de cierres parciales y cierres totales del Tribunal General de Justicia, hasta el 31 de enero de 2018. Mediante la Orden Administrativa OAJP-2016-011 el 13 de abril, 24 de julio, 24 de noviembre y 26 de diciembre de 2017, serán días de cierre total en la Rama Judicial. Durante un cierre total, los Centros Judiciales y otras salas de los Tribunales de Primera Instancia, el Tribunal de Apelaciones y el Tribunal Supremo permanecerán cerrados, con excepción del Consorcio Judicial de Noreste y de los jueces y juezas de turno que operarán como se acostumbra en un día feriado.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73,

por lo que se considerarán los días 13 de abril, 24 de julio, 24 de noviembre y 26 de diciembre de 2017 como si fueran feriados. Cualquier término a vencer durante esos días, se extenderá al siguiente día laboral.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                    Juan Ernesto Dávila Rivera
                                 Secretario del Tribunal Supremo